**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000469
01-AUG-2019
08:06 AM**

NO. CAAP-18-0000469

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAII, HAWAII HEALTH SYSTEMS CORPORATION,
Employer-Appellee,
v.
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO
(CLASS GRIEV. RE: NO SMOKING BANS); AN-13-03 AND JS-17-09,
Union-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 17-1-0352)

ORDER APPROVING STIPULATION
FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" filed on July 22, 2019, by Employer-Appellee Hawaii Health Systems Corporation, and the record, it appears that (1) the appeal was docketed on July 31, 2018; (2) the parties stipulate to dismiss the appeal with prejudice pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED:  Honolulu, Hawai'i, August 1, 2019.

Presiding Judge

Associate Judge

Associate Judge